**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1350**

CRYSTAL R. SCHINDLER,

             Plaintiff - Appellant,

      v.

PRINCE GEORGE'S COUNTY OFFICE OF CHILD SUPPORT,

             Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Paul W. Grimm, District Judge. (8:14-cv-03328-PWG)

Submitted:  June 18, 2015                 Decided:  June 22, 2015

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Crystal R. Schindler, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Crystal R. Schindler seeks to appeal the district court's order dismissing her complaint for failure to state a claim for which relief could be granted. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases in which the United States is not a party, parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on November 6, 2014. The notice of appeal was filed on April 2, 2015. Because Schindler failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.[*] We dispense with oral argument because the facts and legal contentions are adequately presented

---

[*] Schindler submitted two other filings in the district court prior to filing her notice of appeal. We conclude that neither of these filings constitutes the functional equivalent of a notice of appeal. See Smith v. Barry, 502 U.S. 244, 248 (1992); Jackson v. Lightsey, 775 F.3d 170, 175 (4th Cir. 2014).

2

in the materials before this court and argument would not aid the decisional process.

DISMISSED